# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Jennifer O'Neal <br><br> Plaintiff, <br><br> v. <br><br> Mid Continent Credit Services, Inc. <br><br> Defendant. | Case No. 4:14-cv-00287-CRW-RAW <br><br><br> **NOTICE OF DISMISSAL** <br> **WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:  /s/ J.D. Haas
One of the Plaintiff's Attorneys
*Of Counsel*
J.D. Haas, Esq.
10564 France Avenue
Bloomington, MN 55431
Phone: 952-345-1025
jdhaas@jdhaas.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:

Eric D. Bruce
Elizabeth A. Carson
BRUCE BRUCE & LEHMAN, L.L.C.
P.O. Box 75037
Wichita, KS  67275

Matthew James Hemphill
BERGKAMP,HEMPHILL & MCCLURE PC
218 S. Ninth Street
P.O. Box 8
Adel, IA  50003

                                                                     /s/ J.D. Haas